FILED
MAY 20 2011

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

July 2010 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. '11 CR 2029 JM |
| Plaintiff, | I N D I C T M E N T |
| v. | Title 21, U.S.C., Sec. 841(a)(1) - Distribution of Methamphetamine |
| SOTHANN DAMLONG, aka "Tiny," | |
| Defendant. | |

The grand jury charges:

Count 1

On or about September 4, 2009, within the Southern District of California, defendant SOTHANN DAMLONG, aka "Tiny," did knowingly and intentionally distributed, 5 grams and more, to wit: approximately 8.3 grams of methamphetamine (actual), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

//
//
//
//

PJM:lml:San Diego
5/19/11

## Count 2

On or about September 17, 2009, within the Southern District of California, defendant SOTHANN DAMLONG, aka "Tiny," did knowingly and intentionally distributed, 5 grams and more, to wit: approximately 20.2 grams of methamphetamine (actual), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

## Count 3

On or about October 1, 2009, within the Southern District of California, defendant SOTHANN DAMLONG, aka "Tiny," did knowingly and intentionally distributed, 5 grams and more, to wit: approximately 25.5 grams of methamphetamine (actual), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

## Count 4

On or about October 23, 2009, within the Southern District of California, defendant SOTHANN DAMLONG, aka "Tiny," did knowingly and intentionally distributed, 5 grams and more, to wit: approximately 37.3 grams of methamphetamine (actual), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

//
//
//
//
//
//
//

## Count 5

On or about November 18, 2009, within the Southern District of California, defendant SOTHANN DAMLONG, aka "Tiny," did knowingly and intentionally distributed, 5 grams and more, to wit: approximately 25.8 grams of methamphetamine (actual), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

DATED: May 20, 2011.

A TRUE BILL:

_____
Foreperson

LAURA E. DUFFY
United States Attorney

By: _____
PETER J. MAZZA
Assistant U.S. Attorney

## Count 5

On or about November 18, 2009, within the Southern District of California, defendant SOTHANN DAMLONG, aka "Tiny," did knowingly and intentionally distributed, 5 grams and more, to wit: approximately 25.8 grams of methamphetamine (actual), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

DATED: May 20, 2011.

A TRUE BILL:

_____
Foreperson

LAURA E. DUFFY
United States Attorney

By: _____
PETER J. MAZZA
Assistant U.S. Attorney